IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00049-01-CR-W-HFS |
| | ) | |
| CARL D. EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On October 4, 2018, a competency hearing was held regarding defendant's ability to properly assist counsel in his defense. After making an independent review of the record and the applicable law, Magistrate Judge Lajuana M. Counts determined that although defendant is suffering from a mental disease or defect, i.e. Unspecified Trauma-and Stress-Related Disorder, it does not prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. (Doc. 34).

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired.

Accordingly, it is hereby

ORDERED that the findings and conclusions in the REPORT AND RECOMMENDATION (Doc. 34) are ADOPTED by the undersigned.

SO ORDERED

                                               */s/ Howard F. Sachs*
                                               HOWARD F. SACHS
                                               UNITED STATES DISTRICT JUDGE

Dated: October 24, 2018
Kansas City, Missouri