# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-00049-01-CR-W-HFS |
| CARL D. EDWARDS, ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 6, 2018, the Grand Jury returned a one-count Indictment charging that on or about February 24, 2018, the Defendant, Carl D. Edwards, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: Jeffrey Quinn McCarther and Special Assistant U.S. Attorney Aaron Jolly
Case Agent: Detective Troy Schwalm, Kansas City Police Department
Defense: David Harold Johnson

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
Government: 4 with stipulations; 6 without stipulations
Defendant: 5-6 witnesses, including the Defendant

**TRIAL EXHIBITS:**
Government: approximately 20 exhibits, 16 with stipulations
Defendant: approximately 5 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; (　) Likely a plea will be worked out

**TRIAL TIME: 3-4 days total**
    Government's case including jury selection: 1.5 day(s)
    Defendant: 1-1.5 day(s)

**STIPULATIONS**: None at this time.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Proposed Witness List and Proposed Exhibit List filed 5/20/19
        Updated list(s) due on or before June 3, 2019

        Defendant: Due on or before June 3, 2019

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due on or before June 5, 2019**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: None anticipated. Due on or before June 5, 2019**

**TRIAL SETTING**: Criminal jury trial docket set for June 10, 2019

    **Please note:** Parties request second week. Jeff McCarther has a case on the first week.

    **IT IS SO ORDERED**

                                      */s/ Lajuana M. Counts*
                                      LAJUANA M. COUNTS
                                      UNITED STATES MAGISTRATE JUDGE